**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62474-CIV-DAMIAN**

**DENIS OMAR MARTINEZ MUNOZ,**

Petitioner,

v.

**GARRETT J. RIPA,** *et al.*,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on the Parties' Second Joint Status Report, filed on October 9, 2026, indicating that Petitioner was afforded a bond hearing on October 6, 2026, and that the Immigration Judge granted bond. [ECF No. 12]. The Parties further indicate that, in light of Petitioner having received an individualized bond hearing in which the Immigration Judge ordered his release on bond, the relief sought in the Petition is fully resolved.

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 13th day of October, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record